UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHELSEA HOWELL,

    Plaintiff,

v.                                  CASE NO. 8:17-cv-2252-T-23AAS

DFS SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

The parties stipulate (Doc. 10) that they have "agreed to arbitrate all of the claims against one another pursuant to the parties' written arbitration agreement." The stipulation is construed as a motion to stay the case, and the motion (Doc. 14) is **GRANTED**. In accord with 9 U.S.C. § 3, this action is **STAYED**. The clerk is directed to administratively close the case. Within a week after the parties receive the arbitral decision, the plaintiff must move to re-open the case and to lift the stay. If the parties have not received the arbitral decision by **MAY 8, 2018**, the plaintiff within seven days must submit a report detailing the status of the arbitration.

ORDERED in Tampa, Florida, on November 13, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE