UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHELSEA HOWELL,**

       **Plaintiff,**     **CASE NO. 8:17-cv-2252-T-23AAS**

vs.

**DFS SERVICES, LLC,**

       **Defendants.**
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Chelsea Howell, hereby dismisses the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

       Respectfully submitted,

       /s/ *Jon Dubbeld*_____
       Jon P. Dubbeld, Esq.
       Fla. Bar No. 105869
       Berkowitz & Myer
       4900 Central Ave
       St. Petersburg, Florida 33707
       Telephone:  (727) 344-0123
       Jon@berkmyer.com
       *Attorneys for Plaintiff*